# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CEDAR LANE TECHNOLOGIES INC.,**<br>    Plaintiff,<br><br>    *v.*<br><br>**VANTAGE ROBOTICS, LLC,**<br>    Defendant. | **CASE No. 1:22-CV-01406-RGA**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

## STATUS REPORT

In response to the Court's Oral Order [D.I. 6] of Friday, January 27, 2023, Plaintiff reports that service was perfected upon Defendant VANTAGE ROBOTICS, LLC [D.I. 7]. The Summons was returned served on Monday, January 30, 2023, and per docketing the affidavit of service, CM/ECF automatically docketed that the Defendant's Answer is due on Tuesday, February 21, 2023.

Dated: February 2, 2023

Respectfully submitted,

*/s/ David W. deBruin*
David deBruin (DE # 4846)
**NAPOLI SHKOLNIK LLC**
919 North Market Street, Suite 1801
Wilmington DE 19801-3033
Tel. (302) 330-8025
DdeBruin@NapoliLaw.com

*Counsel for Plaintiff*
*Cedar Lane Technologies Inc.*